9/4/2023

Civil Action # 3:23CV34

FILED
SEP - 8 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## PARTICULARIZED COMPLAINT

- Defendants:
- LT. Brown, Deputy Brown & Medical Staff

- LT. Brown violated my human Rights

- Deputy Brown violated my human rights

- Medical Staff violated my human Rights

- Lt. Brown violated my human rights by Not locking my cell door and trying to send 2 people in my cell to do bodily harm to me

- Deputy violated my human rights by Not locking my cell door and trying to send 2 people in my cell to do bodily harm to me

8. Medical staff violated my human right by not changing my gauges on my stitches and allowing them to get infected wrapping my foot up like a cast and nothing was wrong with my foot at all

Michael Robert Beehler

9/4/2023